UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TOMMIE SEYMORE,<br><br>      Plaintiff,<br><br>v.<br><br>BILLY FERGUSON,<br><br>      Defendant. | Case No. 20-cv-13269<br>Honorable Shalina D. Kumar<br>Magistrate Judge Jonathan J.C. Grey |

**ORDER GRANTING PLAINTIFF'S MOTION *IN LIMINE* TO BAR REFERENCE TO HIS CONVICTIONS (ECF NO. 67); GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION *IN LIMINE* TO BAR INTRODUCTION OF EVIDENCE REGARDING SURVEILLANCE FOOTAGE (ECF NO. 66); AND GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE TESTIMONY OF WITNESSES NOT DISCLOSED ON DEFENDANT'S WITNESS LIST (ECF NO. 68)**

For the reasons set forth more fully on the record, the Court **GRANTS** plaintiff Tommie Seymore's ("Seymore") motion *in limine* to bar any reference to his convictions (ECF No. 67).

The Court **GRANTS** Seymore's motion *in limine* to bar the introduction of evidence pertaining to irretrievable surveillance footage (ECF No. 66) with the exception of the email composed and sent by Lieutenant Amador Ybarra to Kimberly Napier, detailing his

contemporaneous review of the now-unavailable video footage from December 4, 2017. As to that email only, plaintiff's motion is **DENIED WITHOUT PREJUDICE**. The Court re-opens discovery only to allow Seymore to depose Lt. Ybarra regarding this email.

The Court **GRANTS IN PART and DENIES IN PART WITHOUT PREJUDICE** Seymore's motion *in limine* to preclude the testimony of Lt. Ybarra and Warden Bryan Morrison (ECF No. 68). If Lt. Ybarra's email is permitted as evidence, the Court will permit him to testify with respect to that email only. The Court **GRANTS** Seymore's motion *in limine* as to Warden Bryan Morrison.

**IT IS SO ORDERED**.

Dated: September 12, 2025

s/Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge